IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MARKUS A. COWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 119-034 |
| | ) |
| SHERIFF ALFONZO WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims based on insults and threats and Fourteenth Amendment property deprivation for failure to state a claim, and **DISMISSES** Plaintiff's claims against Sheriff Williams, Lt. William, Major Bush, Captain Haynes, and Nurses Staggs, Marsh, and Moak from this case without prejudice pursuant to Rule 20.

SO ORDERED this 26th day of July, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA