IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MARKUS A. COWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 119-034 |
| | ) |
| CAPTAIN BLASH; C.O. NICHOLAS VINSON; SGT. JOHNIE WRIGHT; LT. KENNETH MCKENZIE; and OFFICER CHRIS MCKENZIE, in their individual and official capacities, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 17th day of December, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA